# Exhibit C

# (Composite)

----- Original Message -----
From: "Louis A. Ferro" <louis@chobeconsulting.com>
To: "Mark Whitford" <mark.whitford@sweetenersplus.com>
Cc: "claire ambrosio" <cambrolaw@gmail.com>; "Michael Molfetta Sr"
<mjm@freightbrokersglobal.com>; <hector@archangeltrading.com>
Sent: Saturday, November 05, 2011 1:22 PM
Subject: POSSIBLE SPAM: Sugar in Brazil


Mark,

Claire and I did try calling Brazil, at the number at the bottom of the
email sent to Mike Molfetta which I pasted here, but given that it is
Saturday, we were unable to speak to anyone as of yet.

I also called a few times after chatting with Hector.  Here is the info
Hector was able to verify when he called the same number Michael provided
with the Brazilian Port Authority:

1. When calling, it is on the Manifest, use option 3.
2. Info that will be provided is: Owner, consignee, route, loading
time, and expected departure.
3. Ship is at Dock 17
4. It was Morehead, meaning it is awaiting Berth;
5. Vessel is in Archangel's name;
6. Sweetener's is listed as Consignee;
7. Was unable to verify the warehouse as it was late when he called;
8. Manifest office is open until 4 PM today; I did try calling again,
and Hector will also continue to.

My guess is that we will have to wait until Monday to have most of this
clarified/resolved.

Louis

On 11/2/11 4:22 PM, "Luciana Takano" <luciana.takano@itamaraty.gov.br>
wrote:
Dear Mr. Molfetta,
I apologize for the delay, but please find below our response to your recent
inquiry.


Companhia Docas do Estado de São Paulo (Codesp) is the Port Authority that
manages the infrastructure and cargo movement at the Port of Santos.
However, questions about customs procedures, location and inspection of
cargo are responsibility of the Santos Customs Authority, which is part of
the Brazilian Federal Revenue Office of the Finance Ministry. For
information about a specific cargo, please contact:

ALFÂNDEGA DO PORTO DE SANTOS - 8ª R.F.

Mr. JOSÉ ANTÔNIO GAETA MENDES

Address: PRAÇA DA REPUBLICA S/N

City:  SANTOS

State:  SP

CEP: 11013-905

Tel:  55(13) 3208-2000

FAX:  55(13) 3208-2105

Hours of Operation: 8:30 am - 12 pm and 2 pm - 5 pm


Louis A. Ferro
Chobe Advisers LLC
240 East 47th Street, Suite 20D
New York, NY 10017
Louis@chobeconsulting.com
Louis@chobeadvisers.com
(917) 270-0709
(703) 891-9424 Fax

Disclaimer: Sender is not a United States Securities Dealer or Broker or
U.S. Investment Advisor. Sender is a Consultant and makes no warranties or
representations as to any Buyer, Seller or Transaction. This e-mail letter
and the attached related documents are never to be considered a solicitation
for any purpose in any form or content. Upon receipt of these documents you,
as the Recipients, hereby acknowledges this warning and disclaimer. If
acknowledgment is not accepted, Recipients must return the document copies,
in their original receipted condition. These Confidential communications are
protected under Gramm-Leach-Bailey Act 15 USC, Subchapter 1, sections
6801-6809 and other laws addressing the disclosure of Non-Public Personal
Information.

----- Original Message -----
**From:** claire ambrosio
**To:** Mark Whitford ; Mjm@FreightBrokersGlobal.com ; louis@chobeconsulting.com ; Felix Reznick
**Sent:** Friday, November 04, 2011 7:02 PM
**Subject:** Brazil Port

Mark

I just learned that if you call the port as listed below in final email below, that they can verified the cargo and boat. Hector did this earlier today and according to him was told that the ship (IMO 9546992, Ocean Leader) was in Archangel's name and cargo in care of Sweetners' name. Louis and I tried calling Brazil together and could not get alive person. I subquently call again (louis was dropped from the call) and got a live person who had very limited English. He did tell me I could call back tomorrow or Monday or come by the port directly to get confirmation of the ship and cargo.

Louis and I will call tomorrow morning at 9 am eastern time since Louis speaks Spanish and I only speak Italian and he didn't understand. We will provide with an update/report once we have made the call.

In the meantime I am continuing working on your accounting.

**From:** "Michael J. Molfetta" <Mjm@FreightBrokersGlobal.com>
**Date:** Wed, 2 Nov 2011 21:36:08 +0000
**To:** Mark Whitford<mark.whitford@sweetenersplus.com>; 'Hector Ortiz'<hector@archangeltrading.com>
**Cc:** Louis Ferro<louiscfr@aol.com>; Felix B. Resnick<FREZNICK@REZNICKLAW.COM>; Igor Merkovich<frozenf2007@yahoo.com>; Michael F. Molfetta<MichaelM@FreightBrokersGlobal.com>; Erin Shanley<EShanley@FreightBrokersGlobal.com>; Arnold Jin<ArnoldJ@FreightBrokersGlobal.com>; Bill Bishop<BillB@FreightBrokersGlobal.com>
**Subject:** FW: Brazilian Commercail attche department helping us secure information regarding a vessel and title-transfer of Sugar to Messrs. SweetenersPlus


Mark and everyone,

Below is the reply to my discussion and email of last Monday to the
Brazilian Consular General's Trade Office in New York.

Once we have the name of the actual vessel I think a call should be
made to the respective contacts provided us...Thus to confirm that the information
is in fact correct.


11/10/2011

Mark do you agree? And can anyone give us the information to confirm.

Louis/Hector and Mark:

1. Hector- I'm still owed the logistic contact for the seller-where located in Florida, California or Brazil.
2. ISF- Security filing- (10+2) FBGS as Sweeteners''- customs brokers must make sure the filing is both timely and accurate...Which the seller logistic department and/or agent can help us with that.
3. Shipping carrier contact Brazil and States should be supplied to us as well.


**Its not only loading the ship and departing Santos.... but also compliance as to the rules and regulations set by US Customs and Border Protection must be met....We must have this filed coorectly a minimum of 24 hours prior to departure from the last foreign port....**

Hector/Louis- again we are attaching the 10+ 2 form that spells out what information must be submitted to US CBP...It that have been filed we want a copy of the filing and the USCBP reply, thus to check the accuracy and/or better yet filling out the information on the attached form ISF 10+ 2 form and emailing scanning or faxing it to our New York office @ 718-868-4625...

Any questions please call me...the clock is ticking and we must get on the posthaste...
Thank you and we all expect quick reply to this matter...


Michael J. Molfetta
Freight Brokers Global Services
1200 Brunswick Ave  Far Rockaway, NY 11691
www.freightbrokersglobal.com




------ Forwarded Message
**From:** "Michael J. Molfetta" <mjm@freightbrokersglobal.com>
**Date:** Wed, 2 Nov 2011 16:45:11 -0400
**To:** Luciana Takano <luciana.takano@itamaraty.gov.br>
**Cc:** Consulado - Nova York - Secom <secom.novayork@itamaraty.gov.br>
**Subject:** Re: Brazilian Commercail attche department helping us secure information regarding a vessel and title-transfer of Sugar to Messrs. SweetenersPlus

Dear Luciana Takano,

The below information is what we needed...
Our ship was putting into Santos today and could be loaded
within the next couple of days...so we will be using these contacts
to confirm that...

Yes if we have further needs we will not hesitate in contacting your good offices.

11/10/2011

Thank you so very much.

Michael J. Molfetta
Freight Brokers Global Services
1200 Brunswick Ave Far Rockaway, NY 11691
www.freightbrokersglobal.com



On 11/2/11 4:22 PM, "Luciana Takano" <luciana.takano@itamaraty.gov.br> wrote:

Dear Mr. Molfetta,

I apologize for the delay, but please find below our response to your recent inquiry.

Companhia Docas do Estado de São Paulo (Codesp) is the Port Authority that manages the infrastructure and cargo movement at the Port of Santos. However, questions about customs procedures, location and inspection of cargo are responsibility of the Santos Customs Authority, which is part of the Brazilian Federal Revenue Office of the Finance Ministry. For information about a specific cargo, please contact:

ALFÂNDEGA DO PORTO DE SANTOS - 8ª R.F.

Mr. JOSÉ ANTÔNIO GAETA MENDES

Address: PRAÇA DA REPUBLICA S/N

City: SANTOS

State: SP

CEP: 11013-905

Tel: 55(13) 3208-2000

FAX: 55(13) 3208-2105

Hours of Operation: 8:30 am – 12 pm and 2 pm – 5 pm

Feel to contact us if you have further questions.

Cordially,

**Luciana Takano**
Trade Bureau
Consulate General of Brazil in New York
1185 Ave of Americas, 21st Floor
New York, NY 10036-2601
Tel: (917) 777-7611

11/10/2011

Fax: (212) 827-0225
E-mail: luciana.takano@itamaraty.gov.br <mailto:luciana.takano@itamaraty.gov.br>

*The Consulate-General of Brazil in New York does not endorse or recommend the services of any agent or company. The companies you select are solely responsible for their services to you. The Consulate shall not be liable for any damages or costs of any type arising out of or in any way connected with your use of the services of cited companies.*

**From:** Michael J. Molfetta [Mjm@FreightBrokersGlobal.com]
**Sent:** Monday, October 24, 2011 6:43 PM
**To:** Consulado - Nova York - Secom
**Cc:** Mark Whitford; Louis Ferro; Joel Ditkowsky
**Subject:** Brazilian Commercail attche department helping us secure information regarding a vessel and title-transfer of Sugar to Messrs. SweetenersPlus

**Attention:** The Commercial Section of the Brazilian Consulate Office- 1185 6th Avenue-NYC, NY-phone # 917-777-7799
**Subject:** Help in verify needed information given to us regarding a purchase of refined cane sugar ICUMSA #45.

Dear Sir or Madame:

Good afternoon, and per my call and your suggestion, can your good offices help us regarding confirmation, or person/s that can, valid the below:

1. 13,100/Metric tons of ICUMSA # 45 –refined sugar cane.
2. Load on a vessel/Ship name: Yan An Hai- Located at Berth 1, Santos.
3. Cargill is loading vessel. Ship is owned by Cargill and

Sub-leased to Hans. It is to be loaded with sugar as outlined in the "Notice of Loading" from Global Supply Source, Inc".
The ship is currently under the name BR Link, the joint venture partnership, and will be transferred to SweeternersPlus of Lakeville, New York- USA in the coming days.

1. The ocean bill of Lading will be issued in the name of the importer; namely:

<Sweetener's Plus, Inc.
<5768 Sweetener's Blvd.
<Lakeville, New York 14480-0520
Any and all help that you can provide will be greatly appreciated.... and should there be any questions and/or further information needed you can email or Skype call @ mjm2007 or call my US cell # 732-325-8883 most anytime...

Thanking you in advance and if possible revert as soon as possible since the consignment is urgently needed information and arrival for our production and processing...and we could be facing a plant shut down if

not received...

Respectfully Submitted- agent and authorized person/company for
SweetenersPlus, Inc.

Michael J. Molfetta
Freight Brokers Global Services
1200 Brunswick Ave  Far Rockaway, NY 11691
www.freightbrokersglobal.com



------ End of Forwarded Message

--

Claire C. Ambrosio
Attorney at Law
952 N. Western Avenue
Los Angeles, California 90029
323-469-0745
323-469-0723 (Fax)
310-993-9951 cell
email: cambrolaw@gmail.com

11/10/2011

**From:** Louis A. Ferro [mailto:louis@chobeconsulting.com]
**Sent:** Wednesday, November 09, 2011 8:38 AM
**To:** claire ambrosio; hector@archangeltrading.com
**Cc:** Mark Whitford (mark.whitford@sweetenersplus.com)
**Subject:** Luzern vessel/Chuck & Company


Dear Claire,

As a follow to the texts and information passed to you by Chuck Joslin and Al which you were forwarded to me, I have tracked the current status (see below) for the Luzern at Warehouse 19. As you can see below, that vessel has departed for Lagos, Nigeria meaning that all of the info as to the ship being currently in the JV Partner name (VR Link or whatever he was claiming) and being loaded for Archangel with Sweeteners' product was an outright fabrication. I have already spoken to Mark and made him aware of the details.

Global Supply Source and Al (whatever last name he has) have been involved in what appears to be a criminal fraud. I would suggest you save all of the texts and messages as such as they will be provided to the authorities.

Fortunately, we provided a good deal of this information to the Brazilian Consul General yesterday as I had mentioned to you. It also explains why Chuck reacted very shocked to you when you texted him that we were dealing with the CG as such and I believe replied that speaking with the CG was over the top. Clearly, that is not the case. Please save copies of all electronic transmissions. Mark is speaking with attorneys this am.

With respect to Hector, I would suggest that any verification or validation of the back-up vessel being transferred to Sweeteners is made available and that a contact person at Mallory Alexander be put on the phone with Sweeteners. Any verification as to the status of this vessel's transfer will be most welcome for all.

Luzern: 9240794
http://www.marinetraffic.com/ais/shipdetails.aspx?mmsi=269036000


## Last Position Received

**Area:** Atlantic South
**Latitude / Longitude:** -24.05853° / -46.34355° (Map)
**Currently in Port:**
**Last Known Port:** SANTOS
**Info Received:** 0d 0h 4min ago
        **Current Vessel's Track**

1

 Wind: 5 knots, 141°, 21°C

<u>Itineraries History</u>

## Voyage Related Info (Last Received)

**Draught:** 11.2 m

**Destination:** LAGOS

**ETA:** 2011-11-20 03:00

**Info Received:** 2011-11-09 11:49 (0d, 1h 22min ago)

---

<u>**Text No 1: From**</u> Chuck Joslin to Claire:
------ SMS Text ------
From: +14074910211
Sent: Nov 8, 2011 12:0 PM
Subject: Al says everything is going well.

Al says everything is going well. He's working on getting the non-shipping docs to me as soon as possible.
Sent via BlackBerry by AT&T

<u>**Text No 2:**</u>
Another text from chuck re: imo number and when we will have capitians info
------ SMS Text ------
From: +14074910211
Sent: Nov 8, 2011 12:54 PM
Subject: 9240794.

9240794.

Normally with the shipping docs after loading.
Sent via BlackBerry by AT&T


Regards,
Louis

Louis A. Ferro
Chobe Advisers LLC
240 East 47th StreetNew York, NY 10017
Louis@chobeconsulting.com
Louis@chobeadvisers.com
(917) 270-0709
(703) 891-9424 Fax

Disclaimer: Sender is not a United States Securities Dealer or Broker or U.S. Investment Advisor. Sender is a Consultant and makes no warranties or representations as to any Buyer, Seller or Transaction. This e-mail letter and the attached related documents are never to be considered a solicitation for any purpose in any form or content. Upon receipt of these documents you, as the Recipients, hereby acknowledges this warning and disclaimer. If acknowledgment is not accepted, Recipients must return the document copies, in their original receipted condition. These Confidential communications are protected under Gramm-Leach-Bailey Act 15 USC, Subchapter 1, sections 6801-6809 and other laws addressing the disclosure of Non-Public Personal Information.

-----Original Message-----
From: Chuck Joslin [mailto:chuckip@globalsupplysource.com]
Sent: Thursday, November 03, 2011 8:35 AM
To: Louis A. Ferro
Cc: homeoffice@globalsupplysource.com
Subject: Re: The end

Louis,

Mark was given the ship name last night. And Al will be sending docs today.
The bags are ready to load.

So stop the BS. This is getting done as Mark was told.

Chuck Joslin
Sent from my iPhone

On Nov 3, 2011, at 1:13 AM, "Louis A. Ferro" <louis@chobeconsulting.com>
wrote:

> So, I just got off the phone with Mark and Claire at almost 1:00 AM
> and it appears that Al, Chuck, and Hector's dog ate the homework,
> again. No documents, no ship and money is gone. No wire back to
> Claire. No letter from bank or banker.  No back-up plan. That old
> saying about if it walks and quacks, it must be a duck. It's all BS.
>
> Sweeteners will begin legal proceedings tomorrow. And I can assure you
> that they will not be the only ones. More importantly, given my
> extensive experience in the political world, internationally, and with
> the legal profession, I will support Sweeteners in every way to make
> sure all civil and criminal remedies are fully exhausted. Fortunately,
> the vast majority of the evidence is saved in emails and texts.
>
> I think it's pathetic and tragic but then again scams and fraud are
> not pretty.
>
>
>
>

-----
No virus found in this message.
Checked by AVG - www.avg.com
Version: 2012.0.1834 / Virus Database: 2092/4591 - Release Date: 11/02/11

1

----- Original Message -----
From: "Chuck Joslin" <chuckip@globalsupplysource.com>
To: "Mark Whitford" <mark.whitford@sweetenersplus.com>
Sent: Wednesday, November 02, 2011 2:10 PM
Subject: POSSIBLE SPAM: Update

Mark,

I've called you twice this afternoon. The first time as promised after I
spoke with Al. The second to give you a positive update with Al

He is meeting with Gil (one of the JV principals) at 5pm EDT.

He says some of the docs are in for you.

The principal in Brazil will be in his meeting by phone

They pulled you ship ahead of another to get it to you faster.

Chuck Joslin
Sent from my iPhone

----- Original Message -----
From: "Louis A. Ferro" <louis@chobeconsulting.com>
To: "Hector Ortiz" <hector@archangeltrading.com>; "Mark Whitford"
<mark.whitford@sweetenersplus.com>
Cc: <louis@chobeadvisers.com>; "Claire Ambrosio" <cambrolaw@gmail.com>
Sent: Friday, October 21, 2011 4:03 PM
Subject: Follow-up on this morning's breakfast meeting in Miami


> Gents:
>
> I thought that for the sake of simplicity and as a way to avoid any
> misunderstanding, I will highlight the points covered, from my notes, in
> our breakfast, at the Gansevoort Hotel, as well as next steps.
>
> If I've left something out or may have gotten something wrong, please let
> me know.
>
> 1. Hector mentioned that we should start receiving some documents and info
> today.
>
> 2. Mark asked that we get a simple letter/email from Claire stating funds
> are in the escrow and to be released in accordance with LC language.
> Hector indicated he spoke to Claire last night and that she would be doing
> just that today. Update: Claire is attending a funeral and service today
> so is out of pocket. Follow-up: Hector to ensure that email/letter goes
> out ASAP.
>
> 3. Boat Name and other ancillary info. Ship name: Yan An Hai. Located at
> Berth 1, Santos. It is to be loaded by Cargill. Ship is owned by Cargill
> and sub-leased to Hans. It is to be loaded with sugar as outlined in the
> "Notice of Loading" from Global Supply Source, Inc" provided to us
> Thursday evening in Orlando by Chuck Joslin.
>
> 3. The ship is currently under the name BR Link, the jv partnership, and
> will be transferred to Sweeteners in the coming days. BL will be in
> Sweeteners name.
>
> 4. Mark asked if there were any outstanding money issues and if the
> product had been paid for. Hector said he had indeed paid for the product
> and sent Chuck & co the balance for the second 25K MT of his allocation.
> Hector further pointed out he is only able to transfer title of the
> allocation to Sweeteners
>
> 5. Hector provided Chuck Joslin direct cell info.
>
> 6. Hector explained role of port operations and port master in providing
> updates on vessel.
>
> 7. According to Notice of Loading, the final bags are being loaded on
> 10/24-10/25 and it will take approx 2-3 days to complete and 10 days or
> less for transit to destination port.
>
> 8. Mark suggested that Louis Ferro and Mike Molfetta go to Brazil next

1

> week to be the on the ground presence during loading and initial sailing
> accepting Hector's offer. Hector agreed and said to book it.
>
> 9. Mark and Hector went through Sweeteners Q&A list and checked off all
> docs Al had indicated he had and would be sending later in day.
>
> Best,
> Louis
> Sent via BlackBerry from T-Mobile

**From:** Mark Whitford [mailto:mark.whitford@sweetenersplus.com]
**Sent:** Thursday, October 27, 2011 11:36 AM
**To:** claire ambrosio; louis@chobeconsulting.com; Hector Ortiz; Chuck Joslin
**Subject:** Re: Sweetners

Good Morning Claire,

I did not receive any documents yesterday. The last document I received was from Chuck Joslin last Thursday, when we met in Florida. The document: Notice of Loading, is attached.

Chuck had a family emergency yesterday, and did not call in the afternoon. I figured he would call once he worked thru his crisis. I'll give me a call, and let you know. I'll keep you posted.

Thank you.

Mark

----- Original Message -----
**From:** claire ambrosio
**To:** Mark Whitford ; louis@chobeconsulting.com ; Hector Ortiz ; Chuck Joslin
**Sent:** Thursday, October 27, 2011 11:10 AM
**Subject:** Sweetners

Dear Mark

Louis and I spoke with Hector at 9 am your time he told us things were in the works and that he was leaving on phane at noon your time. We asked him for the bank information including the officer so I could follow up. He just texted Louis he has the forms from Chase Compliance to complete and return and he will include me and Louis so we can follow up if he has to take off prior to confirmation. We will forward information as we received it.

Can you let me know if you had a call with Chuck yet I know you provide me with Article 10 and it would help me in the follow up process if I knew who was providing what documents on that list and estimate date of when they would be arriving.
What documents did you received yesterday?

Thank you

--

Claire C. Ambrosio

11/10/2011

Attorney at Law
952 N. Western Avenue
Los Angeles, California 90029
323-469-0745
323-469-0723 (Fax)
310-993-9951 cell
email: cambrolaw@gmail.com



# Global Supply Source, Inc.

Notice of Loading

20 October 2011

To:  Archangel World Investment, Inc.

Attn: Hector M Ortiz - General Manager

Transaction Code: GSS/AOJJ/SUGAR/20110616-1

****************************
Per Al in logistics, a vessel will be ordered 10/21 for the following load:

Product:         ICUMSA45

Packing:         1,000kg bags

Quantity:        12,500 MT

Vessel Name:     TBA

IMO:             TBA

Size:            TBA Ton deadweight

Port:            Santos

Destination(s): Elizabeth, NJ USA (per your directive)

****************************
Notes: Final bags are being loaded on 10/24-10/25. Vessel name will be provided 10/26 when it docks. Please allow 2-3 days for loading and 10 days or less for transit to destination port.


By: Chuck Joslin



2011-10-20-19:15EDT

Cc: HO

Main Office
Winter Springs, FL 32708

Unauthorized distribution or modification or transfer of contents of this document to another is strictly prohibited

----- Original Message -----
From: "Louis A. Ferro" <louis@chobeconsulting.com>
To: "Mark Whitford" <mark.whitford@sweetenersplus.com>; "Michael Molfetta Sr"
<mjm@freightbrokersglobal.com>
Cc: <hector@archangeltrading.com>; "claire ambrosio" <cambrolaw@gmail.com>
Sent: Sunday, October 09, 2011 7:00 PM
Subject: SIT document and ship info


> Mark, Mike:
>
> Attached, please find the Sale in Transit invoice as promised. Please
> also see below the ship marine info on the website which tracks the vessel.
>
> http://www.marinetraffic.com/ais/shipdetails.aspx?MMSI=353959000
>
> Vessel's Details
> Ship Type: Cargo
> Length x Breadth: 190 m X 32 m
> Speed recorded (Max / Average): 11.7 / 8 knots
> Flag: Panama [PA]
> Call Sign:
> IMO: 9478779, MMSI: 353959000
>
> As I previously mentioned, there has been a mix-up with three ships.
> As such, more information will be updated on this web page after 9:00
> AM PST (Pacific time) tomorrow. In addition, more documents will also
> forthcoming as the changes are made as to sailing date and as
> documents become available.
>
> This info on this web page will be changing Hector and the folks in
> Brazil are still clearing out the paper work given the mi-up. Also
> note the Sweeteners load may  piggy back with another load of 100 kilo
> bags going to Canada.
>
> Best,
> Louis
>
>
>
>
> Louis A. Ferro
> Chobe Advisers LLC
> 240 East 47th Street
> New York, NY 10017
> Louis@chobeconsulting.com
> Louis@chobeadvisers.com

1

```
> (917) 270-0709
> (703) 891-9424 Fax
>
> Disclaimer: Sendr is not a United States Securities Dealer or Broker
> or U.S.
> Investment Advisor. Sender is a Consultant and makes no warranties or
> representations as to any Buyer, Seller or Transaction. This e-mail
> letter and the attached related documents are never to be considered a
> solicitation for any purpose in any form or content. Upon receipt of
> these documents you, as the Recipients, hereby acknowledges this
> warning and disclaimer. If acknowledgment is not accepted, Recipients
> must return the document copies, in their original receipted
> condition. These Confidential communications are protected under
> Gramm-Leach-Bailey Act 15 USC, Subchapter 1, sections
> 6801-6809 and other laws addressing the disclosure of Non-Public
> Personal Information.
>
>
>
```

# Archangel World Investment INC.

**Coco Del mar San Francisco**
**Calle Jaime de La guardia  Panamá**
**Phone: 507-6717-0903**
**E- mail :hector@archangeltrading.com**

### Sale in Transit INVOICE

| number | date |
|--------|------|
| **SWP01** | **10/07/11** |

CUSTOMER:                          **FDOL/08212011/001**
 Sweeteners Plus Inc.
5768 Sweetners Blvd.
Lakeville NY 14480 USA

ETA: 12/29/09

CUSTOM BROKER:
Michael J. Molfetta
Freight Brokers Global Services
1200 Brunswick Ave  Far Rockaway, NY 11691
www.freightbrokersglobal.com

| terms | carrier | Vessel |
|-------|---------|--------|
| CIF | HANS | NORD VOYAGER |

| units | description | Qty/MT | amount euro | Amount $ |
|-------|-------------|--------|-------------|----------|
| 12500 | ICUMSA 45 White refine sugar | 12500 | | $ 8,750,000.00 |
| | | | | |
| | | | | |
| | | | | |

**Product of Brazil**

Area Director of Customs
US port of entry

Dear Sir / Madam
Please, be advised that we sold above goods in bond or in transit. We certify that this invoice is true and correct and that said goods are sold by us to the above company.

Sincerely yours,
Hector M Ortiz ,
General Manager

----- Original Message -----
**From:** hector@archangeltrading.com
**To:** Mark Whitford
**Cc:** Michael J. Molfetta
**Sent:** Tuesday, September 27, 2011 12:55 PM
**Subject:** RE: ISF or 10-2-filing Urgent matter! Pre-alert from Hector Ortiz.

mark
The steam line is Hans and it is there responsibility to communicate with the destination
assigned in this case port Elizabeth.  I will send your concerns  but i want to clear one thing
there is a major difference of bulk and packed they might be thinking loos bulk.  When i
mentioned this to the steam line they did not say it was not possible.  So i am sure they are
berths within the port that can be utilized  lets see what information is returned to me

Hector M Ortiz
General Manager
Archangel Trading inc
507-6717-0903
hector@archangeltrading.com
skype h.ortiz
www.archangeltrading.com

-------- Original Message --------
Subject: Re: ISF or 10-2-filing Urgent matter! Pre-alert from Hector
Ortiz.
From: "Mark Whitford" <mark.whitford@sweetenersplus.com>
Date: Tue, September 27, 2011 12:39 pm
To: "Michael J. Molfetta" <Mjm@FreightBrokersGlobal.com>,
<hector@archangeltrading.com>

Hector,

Is there anyway you can provide the name of the ship line, and the name of the vessel? It is my
understanding from conversations with the warehouses,  neither the Port of Newark or Elizabeth
have the ability to unload anything other than containerized vessels. Therefore, the closest port
to handle bulk would be Brooklyn, NY.

This is one large piece we need to pre-arrange before the ship sets sail....

Thank you.

Mark

----- Original Message -----
**From:** Michael J. Molfetta
**To:** hector@archangeltrading.com

Re: ISF or 10-2-filing Urgent matter! Pre-alert from Hector Ortiz.                    Page 2 of 3

Case 6:11-cv-01799-JA-DAB   Document 1-6   Filed 11/14/11   Page 23 of 24 PageID 90

**Cc:** Michael J. Molfetta
**Sent:** Tuesday, September 27, 2011 7:57 AM
**Subject:** Re: ISF or 10-2-filing Urgent matter! Pre-alert from Hector Ortiz.

Hector,

Thank you for this quick response... and we await your further updates.
But please make sure the shipping line files at least 24 hours before the vessel sails?

Also I'll invite you on Skype...
Enjoy you day and regards,

Michael


On 9/26/11 8:38 PM, "hector@archangeltrading.com" <hector@archangeltrading.com> wrote:

Michael
Got it coverd tebh titled was transfered on friday on the order to change all docs right behind it.  Now i just got a list of other documents that i need to go chase to include a rabbi for the Kosher blessing.   I did nto say the vessel would sail on wed but that docs will start to be generated on wednesday. The shipping line will do the notify and include your information so you can have a copy.


I also have to go and get every usinas  FDA certificate now since this is for processing   it will take a day or  2 to get them all in to have the ministry sign off.  IN a normal case the mill (usina) that provides the most product is the one credited with the export but in this case the QC of sweeteners has requested all lots.  I got  that request this morning .  I will be keeping you informed and i am always just a phone call away.

Hector M Ortiz
General Manager
Archangel Trading inc
507-6717-0903
hector@archangeltrading.com
skype h.ortiz
www.archangeltrading.com <http://www.archangeltrading.com>


-------- Original Message --------
Subject: ISF or 10-2-filing Urgent matter!
From: "Michael J. Molfetta" <Mjm@FreightBrokersGlobal.com>
Date: Mon, September 26, 2011 3:59 pm
To: "hector@archangeltrading.com"
<hector@archangeltrading.com>
Cc: Mark Whitford <mark.whitford@sweetenersplus.com>, "Louis
A. Ferro"
<Louis@chobeadvisers.com>, Erin Shanley
<EShanley@FreightBrokersGlobal.com>, Arnold Jin
<ArnoldJ@FreightBrokersGlobal.com>

Re: ISF or 10-2 filing Urgent matter! Pre-alert from Hector Ortiz    Page 3 of 3

Case 6:11-cv-01799-JA-DAB   Document 1-6   Filed 11/14/11   Page 24 of 24 PageID 91

Hello Hector,

Today we where told the vessel load of sugar for Mark will sail on Wednesday. As we corresponded on this matter before the Importers Security Filing (ISF or 10+) must be electronics filed with Customs 24 hours prior to departure from Brazil.

Please either submit directly thru your carrier/IFF or provide the information from the shipper's side...and we'll add the buyer and importers' info.

Hector this must be done by early tomorrow if the vessel is sailing Wednesday...please action this ASAP...
Or if not clear please call me anytime @ 732-325-8883... Should you and/or the booking agent or carrier has already filed the 10+2...send us a the results copy from US Customs ASAP; thus we can inspect same and be sure its in compliance....

Thank you Hector and hope to meet you one day,

## Michael J. Molfetta

### Freight Brokers Global Services
1200 Brunswick Ave  Far Rockaway, NY 11691
www.freightbrokersglobal.com <http://www.freightbrokersglobal.com>

 

## Michael J. Molfetta
Freight Brokers Global Services
1200 Brunswick Ave  Far Rockaway, NY 11691
www.freightbrokersglobal.com



11/10/2011