# Exhibit D

**Archangel World Investment INC**
Calle Jaime de La Guardia numero 7
San Fransisco Coco del Mar Panama,
Republica de Panama
REGISTRATION NUMBER      : 194395-1-730490 DV 46

# PRO FORMA INVOICE



**INVOICE No**
FDOL/08212011/001

21 September, 2011

**BILLING ADDRESS:**
Sweeteners Plus Inc.
5768 Sweetners Blvd.
Lakeville NY 14480 USA

| QUANTITY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 12.500 Metric Tons | ICUMSA: 45 RBU Attenuation index units method n° 4-1978<br>Colour: Sparkling Crystal White<br>Polarization at 20'c: 99.8% Minimum<br>Granulation: Fine<br>Solubility: 100% dry/free fine flowing<br>Reducing Sugar: 0.05% Maximum by weight<br>Substance: Solid Crystal<br>Moisture: 0.04% MAX.<br>Smell: Free of any smell<br>Sediments: None<br>Sulphated ash content: 0.04% Maximum.<br>Ash by electrical Conductivity: 0.04 % Maximum (On dry weight basis)<br>Magnetic particles: 4 Mg/kg Maximum<br>Sulphur Dioxide: 20 ppm Maximum<br>HPN Staph Aurous: Nil<br>Max AS: 1 ppm Maximum<br>Max OS: 2 ppm Maximum<br>Max CU: 3 ppm Maximum<br>Radiation: Normal Certified without presence of CAESIUM OR IODINE<br>Phytosanitary Certificate: No virus, no insect parts or husks, no poisonous matter and not genetically modified and is suitable for human consumption.<br>Crop: Current<br><br>**PACKED IN JUMBO 1000 Kilo Bags** | $700.00 | $ 8,750,000.00<br><br>**PAID IN FULL**<br><br>ARCHANGEL WORLD INVESTMENT, I.N.C.<br>R.U.C. 1843951-1-730490 D.V. 46<br><br>Corporate Stamp & Seal.<br><br>AMOUNTS SHOWN IN UNITED STATES DOLLARS |
| | | SUBTOTAL | US$ 8,750,000.00 |
| | | Tax Deductions | $450,000'00 |
| | | Allowance Deductions | $437,500.00 |
| | | **TOTAL PAID** | **$ 7,862,500.00** |

San Francisco Coco del Mar Calle Jaime de la Guardia  Panamá  Republica de  Panamá