**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**SWEETENERS PLUS, INC.,**

        **Plaintiff,**

-vs-          Case No. 6:11-cv-1799-Orl-28DAB

**GLOBAL SUPPLY SOURCE, INC.,**
**HECTOR ORTIZ, CHARLES JOSLIN,**
**KERRI G. JOSLIN, MIRIAM ORTIZ and**
**PACIFIC RIM TRADERS,**

        **Defendants.**

_____

**REPORT AND RECOMMENDATION**

**TO THE UNITED STATES DISTRICT COURT**

       This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** **PLAINTIFF'S RENEWED MOTION FOR EXTENSION OF EXPIRATION OF NOTICE OF LIS PENDENS (Doc. No. 72)**
>
> **FILED:** **January 15, 2013**
>
> _____
>
> **THEREON** it is **RECOMMENDED** that the motion be **GRANTED**.

       Plaintiff has demonstrated good cause for extension of the lis pendens. *See* Doc. 72. Failure to file written objections to the proposed findings and recommendations contained in this report by **January 25, 2013** shall bar an aggrieved party from attacking the factual findings on appeal.

       Recommended in Orlando, Florida on January 18, 2013.

                            *David A. Baker*
                            DAVID A. BAKER
                            UNITED STATES MAGISTRATE JUDGE

-2-

Copies furnished to:

Presiding District Judge
Counsel of Record
Unrepresented Party
Courtroom Deputy