UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

SWEETENERS PLUS, INC.,

          Plaintiff,

-vs-                                          Case No. 6:11-cv-1799-Orl-DAB

GLOBAL SUPPLY SOURCE, INC.,
HECTOR ORTIZ, CHARLES JOSLIN,
KERRI G. JOSLIN, MIRIAM ORTIZ and
PACIFIC RIM TRADERS,

          Defendants.

## ORDER

This case is before the Court on Plaintiff's Renewed Motion for Extension of Expiration of Notice of Lis Pendens (Doc. No. 72) filed January 15, 2013. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

    1.    That the Report and Recommendation filed January 18, 2013 (Doc. No. 74) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

    2.    Plaintiff's Renewed Motion for Extension of Expiration of Notice of Lis Pendens is **GRANTED**. The Lis Pendens is extended until further Order of this Court.

DONE and ORDERED in Chambers, Orlando, Florida this __29__ day of January, 2013.

                                                           JOHN ANTOON II
                                                           United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party