UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

SWEETENERS PLUS, INC.,

    Plaintiff,

-vs-                                            Case No. 6:11-cv-1799-Orl-DAB

GLOBAL SUPPLY SOURCE, INC.,
HECTOR ORTIZ, CHARLES JOSLIN,
KERRI G. JOSLIN, MIRIAM ORTIZ and
PACIFIC RIM TRADERS,

    Defendants.

## ORDER

This case is before the Court on Plaintiff's Renewed and Amended Motion for Default Final Judgment Against Hector Ortiz and Miriam Ortiz (Doc. No. 80) filed March 12, 2013. The United States Magistrate Judge has submitted a report recommending that the motion be granted in part.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

    1.    That the Report and Recommendation filed July 23, 2013 (Doc. No. 89) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

    2.    Plaintiff's Renewed and Amended Motion for Default Final Judgment Against Hector Ortiz and Miriam Ortiz (Doc. No. 80) is **GRANTED in part**.

3. Default judgment is granted in favor of Plaintiff Sweeteners Plus, Inc. and against Defendant Hector Ortiz in the amount of $13,126,669.00, together with prejudgment interest, costs, and attorneys fees. Defendant Hector Ortiz shall be jointly and severally liable for this judgment amount, with any and all other Co-Defendants found liable in this action.

4. Plaintiff Sweeteners Plus, Inc. is also awarded a Constructive Trust against Defendant Hector Ortiz and Defendant Miriam Ortiz, husband and wife, on the property owned by Defendant Hector Ortiz and Defendant Miriam Ortiz, at 9481 McAneeny Court, Wellington, Florida 33414 (Lot 1719 Block P, of OLYMPIA - PLAT II, according to the Plat thereof, as recorded in Plat Book 98, page1, of the Public Records of Palm Beach County, Florida).

5. The entry of this default judgment is **deferred** until the final resolution of the claims against the Co-Defendants.

6. An order transferring the title to the property located at 9481 McAneeny Court, Wellington, Florida 33414 from Defendant Hector Ortiz and Defendant Miriam Ortiz, to Sweeteners Plus, Inc., shall be entered when final judgment is entered as to all claims and parties to this action.

7. Sweeteners Plus, Inc. shall be given an opportunity to file a proposed order on the final default judgment.

DONE and ORDERED in Chambers, Orlando, Florida this 19 day of August, 2013.

_____
JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party