# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**SWEETENERS PLUS, INC.,**

        **Plaintiff,**

**-vs-**                            **Case No.  6:11-cv-1799-Orl-28DAB**

**GLOBAL SUPPLY SOURCE, INC.,
HECTOR ORTIZ, CHARLES JOSLIN,
KERRI G. JOSLIN, MIRIAM ORTIZ, and
PACIFIC RIM TRADERS,**

        **Defendants.**
_____

# ORDER

This case is before the Court on Plaintiff's Motion to Strike Pleadings and for the Entry [of] Default as Sanctions Against Defendants Global Supply Source, Inc., Charles L. Joslin, and Kerry G. Joslin (Doc. 99).  The United States Magistrate Judge has submitted a Report (Doc. 101) recommending that the motion be granted.

After a review of the record in this matter, and noting that no objections to the Report have been timely filed, the Court agrees with the findings and conclusions in the Report and Recommendation.  Therefore, it is **ORDERED** as follows:

1.  The Report and Recommendation (Doc. 101) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2.  Plaintiff's Motion to Strike Pleadings and for the Entry [of] Default as Sanctions Against Defendants Global Supply Source, Inc., Charles L. Joslin, and Kerry G. Joslin (Doc. 99) is **GRANTED**.  The Clerk is directed to enter defaults against these Defendants.

3.  No later than **November 6, 2013**, Plaintiff shall file a properly supported motion for final default judgment and a proposed order.

**DONE** and **ORDERED** in Orlando, Florida this 7th day of October, 2013.

JOHN ANTOON II
United States District Judge

Copies furnished to:
United States Magistrate Judge
Counsel of Record
Unrepresented Party