UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

SWEETENERS PLUS, INC.,

Plaintiff,

-vs-	Case No. 6:11-cv-1799-Orl-28DAB

GLOBAL SUPPLY SOURCE, INC.,
HECTOR ORTIZ, CHARLES JOSLIN,
KERRI G. JOSLIN, MIRIAM ORTIZ, and
PACIFIC RIM TRADERS,

Defendants.

## ORDER

This case is before the Court on Plaintiff's Second Motion for Default Final Judgment against Charles L. Joslin, Kerri G. Joslin, Global Supply Source, Inc. and Pacific Rim Traders (Doc. No. 109) filed October 26, 2013. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed December 11, 2013 (Doc. No. 111) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Plaintiff's Second Motion for Default Judgment (Doc. No. 109) is **GRANTED**.

3. Final default judgment is granted in favor of Plaintiff Sweeteners Plus, Inc. and

against Defendants Hector Ortiz,[1] Global Supply Source, Inc., Pacific Rim Traders, and Charles Joslin, jointly and severally, for damages in the amount of $13,126,669.00, together with prejudgment interest, costs and attorneys fees.

4. Plaintiff Sweeteners Plus, Inc. is also awarded a constructive trust against Hector Ortiz and Miriam Ortiz, husband and wife, on the property owned by Hector Ortiz and Miriam Ortiz at 9481 McAneeny Court, Wellington, Florida 33414 (Lot 1719 Block P, of Olympia - Plat II, according to the Plat thereof, as recorded in Plat Book 98, page 1, of the Public Records of Palm Beach County, Florida).[2]

5. Plaintiff Sweeteners Plus, Inc. is also awarded an equitable lien against Charles L. Joslin and Kerri G. Joslin, husband and wife, and on the property owned by them at 1410 NW Fork Road, Stuart, Florida. Charles L. Joslin and Kerri G. Joslin shall satisfy the equitable lien within thirty (30) days, and if the lien is not satisfied, then Plaintiff may foreclose on the lien without further order of this Court.

6. Charles L. Joslin and Kerri G. Joslin, shall commit no act with the intent to damage, or otherwise diminish the value of the Property located at 1410 NW Fork Road, Stuart, Florida, and shall reasonably preserve the Property in its present condition until such time as the equitable lien is satisfied, or the transfer of title and possession is effectuated.

---

[1] Default judgment was granted in favor of Plaintiff and against Defendant Hector Ortiz on August 19, 2013 (Doc. No. 96). That default judgment stated that Defendant Hector Ortiz "shall be jointly and severally liable for this judgment amount, with any and all other Co-Defendants found liable in this action." (Id.). The entry of the default judgment against Hector Ortiz was deferred until the final resolution of the claims against the Co-Defendants. (Id.).

[2] This constructive trust was awarded in the August 19, 2013 Order (Doc. No. 96).

7.  Hector Ortiz and Miriam Ortiz, as constructive trustees, shall commit no act with the intent to damage, or otherwise diminish the value of the Property located at 9481 McAneeny Court, Wellington, Florida 33414, and shall reasonably preserve the Property in its present condition until such time as transfer of title and possession is effectuated.

8.  Plaintiff Sweeteners Plus, Inc. shall file a proposed order on this final default judgment within fourteen (14) days from the date of this Order. The proposed Order shall include the transfer of the title to the property located at 9481 McAneeny Court, Wellington, Florida 33414 from Hector Ortiz and Miriam Ortiz, to Sweeteners Plus, Inc.

DONE and ORDERED in Chambers, Orlando, Florida this 31st day of December, 2013.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party